AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Nusret Durakovic**
A073 166 477
AKA:

IAE   YOB:   1970
Montenegro
(Name and Address of Defendant)

*United States District Court*
*Southern District of Texas*
*FILED*
APR 29 2015
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-15-0680-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 27, 2015** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Nusret Durakovic was encountered by Border Patrol Agents near Penitas, Texas on April 27, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 27, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 29, 2013, through Washington, DC. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 03, 2011, the defendant was convicted of 8 USC 1951 Conspiracy to Commit Hobbs Act Robberies and sentenced to twenty-four (24) months confinement and three (3) years supervised released term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved by David A. Lindenmuth
4/29/15

Sworn to before me and subscribed in my presence,

April 29, 2015

Peter E. Ormsby                , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Complainant
**Francisco Sanchez        Border Patrol Agent**

Signature of Judicial Officer